**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1356 RHK/JMM**

Stephanie O'Brien,

Plaintiff,

-vs-

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

Coldata Collection Companies
d/b/a Coldata Inc. and
First National Bank of Marin,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Stephanie O'Brien, and her attorney, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice.

Dated: 8/7/00

______________________
~~John M. Mason, Magistrate~~ Judge
United States District Court

KYLE

FILED AUG 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________